**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

G.M. Sign, Inc.

                                           Plaintiff,

v.                                                Case No.: 1:09–cv–00560

                                                Honorable Wayne R. Andersen

Nationwide Architectural Metals, Inc.

                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 13, 2010:

      MINUTE entry before Honorable Arlander Keys:Status hearing held. Discovery has been completed. Plaintiff informed the Court that Plaintiff will be filing a motion for class certification. Therefore, Plaintiff to file its motion for class certification by 2/15/10. Defendants response is due by 3/15/10 and Plaintiffs reply thereto, is due by 3/29/10. Ruling on said motion to be made by the district court judge. Should the parties decide a settlement conference with this court will be helpful in bringing this case to a resolution, the Court will accept a re referral for that purpose. Therefore, all matters relating to the referral of this action having been resolved, the case is returned to the assigned Judge. Honorable Arlander Keys no longer referred to the case. (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.