UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
Eastern Division

G.M. Sign, Inc.
                                        Plaintiff,

v.                                                                      Case No.: 1:09−cv−00560
                                                                     Honorable Wayne R. Andersen

Nationwide Architectural Metals, Inc.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 30, 2010:

       MINUTE entry before Honorable Wayne R. Andersen:This case is hereby dismissed pursuant to settlement. Status hearing set for 7/1/2010 is stricken. Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.